1

2

3

4

5

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

7

8

VLADIMIR BREGVADZE,
2301 Champlain Street, NW
Washington, DC 20009

Case No.

9

10

                    Plaintiff,

COMPLAINT-
PETITION FOR MANDAMUS

11

    v.

12

13

MICHAEL MUKASEY
Attorney General, US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

14

15

16

MICHAEL CHERTOFF, Secretary
US Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

17

18

19

20

EMILIO T. GONZALEZ, Director
US Citizenship and Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

21

22

23

24

PHYLLIS A. HOWARD, Director  USCIS
Washington District Office
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

25

26

27

            Defendants.

28

PETITION FOR MANDAMUS
By VLADIMIR BREGVADZE

M. Deutsch Immigration Law Firm
#325, 1666 Connecticut Ave., NW, Washington, DC 20009
202-728-0820

# I. INTRODUCTION

1. This is a civil action brought by the Plaintiff, Vladimir Bregvadze (Alien # 95 472 717), to compel the Defendants and those acting under them to take action on a pending I-485, Application to Register Permanent Resident or Adjust Status, filed by the Plaintiff. The I-485 Application was filed on June 10, 2002 with the United States Citizenship and Immigration Services ("USCIS") in accordance with current procedure and which Defendants and those acting under them have failed to take timely action on.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal subject matter jurisdiction) in conjunction with 28 U.S.C. § 1361 (mandamus), the Administrative Procedure Act (APA) (5 U.S.C. §555(b)), and the Immigration & Nationality Act and regulations implementing it (Title 8 of the CFR).

3. Under 28 U.S.C. § 1331, "(t)he district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." There is jurisdiction under 28 U.S.C. § 1331 because this action arises under 28 U.S.C. § 1361 (mandamus), the Administrative Procedures Act (APA) (5 U.S.C. § 555(b) and 5 U.S.C. §702), and the Immigration & Nationality Act ("INA") and regulations implementing it (Title 8 of the C.F.R.).

4. Under 28 U.S.C. § 1361, "(t)he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

5. The APA requires USCIS to carry out its duties within a reasonable time. The provision of the APA that provides this is 5 U.S.C. § 555(b), which states that, "(w)ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." As an administrative agency, USCIS is subject to 5 U.S.C. § 555(b). Plaintiff contends that the delay in processing his application for adjustment of status is unreasonable.

6. Both the regulations and the INA provide numerous examples of duties owed by the USCIS in the adjustment of status process. 8 U.S.C. § 1103 states that "[t]he Attorney General shall be charged with the administration and enforcement of this chapter and all other laws relating to the immigration and naturalization of aliens." (emphasis added). The Code of Federal Regulations further provides that "[t]he applicant shall be notified of the decision of the Director, and if the application is denied, the reasons for the denial." 8 C.F.R. § 245.2 (a)(5)(i) (emphasis added). The language of the statute and these regulations is mandatory, not discretionary, and requires the Defendants to adjudicate the adjustment of status application.

7. There are no administrative remedies available to the Plaintiff to redress the grievances described herein. This action challenges the failure of the Defendants to complete action on the application and issue the decision due Plaintiff and does not challenge any discretionary act by the Defendants. This action does not challenge the granting or denial of individual applications. Therefore, the jurisdictional limitations of INA §242, 8 U.S.C. § 1252, do not apply.

8. Venue lies in this Court under 28 U.S.C. § 1391(e), the venue statute applicable to civil actions in which Defendants are officers of the United States acting in official capacities. Venue is proper under 28 U.S.C. § 1391(e) because the Defendants are either officers or employees of the United States and are being sued in their official capacity.

## III. PARTIES

9. The Plaintiff is a native and citizen of Georgia. The Plaintiff filed a visa petition (Form I-140) with USCIS on March 14, 2002. The visa petition (Form I-140) was approved on May 29, 2002 and his application for adjustment of status (Form I-485), was filed with USCIS on June 10, 2002.The Plaintiff's fingerprints were taken by USCIS on April 3, 2004 to allow for necessary criminal and security clearances. USCIS has yet to take action on his application despite the case being filed over five & ½ years ago. Vladimir Bregvadze is the proper plaintiff for the Defendants' failure to act on the adjustment of status application. The Defendants' inaction has caused the Plaintiff profound injuries in denying him a final decision on his application to become a Permanent Resident including, but not limited to, requisite fees paid in order to remain in status during this lengthy delay.

10. The Plaintiff resides in Washington, DC and has complied with all requirements in order to adjust his status to that of a permanent resident.

PETITION FOR MANDAMUS
By VLADIMIR BREGVADZE

11.    Defendant Michael Mukasey, Attorney General of the United States, has been

conferred the authority to naturalize persons as citizens of the United States by INA §

310(a), 8 U.S.C. § 1421(a), and is sued here in his official capacity.

12.    Defendant Michael Chertoff is the Secretary of the Department of Homeland

Security ("DHS").  As of March 1, 2003, DHS is the agency responsible for

implementing the Immigration and Nationality Act.  Within DHS, the United States

Citizenship and Immigration Services ("CIS"), formerly part of the Immigration and

Naturalization Service, is now responsible for implementing the provisions under

which lawful permanent residents can be naturalized and become United States

citizens, in particular INA § 310, 8 U.S.C. § 1421, *et. seq.*[1]  Respondent Chertoff is

sued in his official capacity.

13.    Defendant Emilio T. Gonzalez is Director of United States Citizenship and

Immigration Services, a component of the Department of Homeland Security.  USCIS

is now responsible for implementing the provisions under which lawful permanent

residents can be naturalized and become United States citizens, in particular INA §

310, 8 U.S.C. § 1421, *et. seq.*  Respondent Gonzalez is sued in his official capacity.

14.    Defendant Phyllis A. Howard is the District Director of the Washington

District of Citizenship and Immigration Services of the Department of Homeland

---

[1] On March 1, 2003, the Immigration and Naturalization Service ("INS") ceased to exist and its
functions were transferred to the newly formed Department of Homeland Security.  *See* Homeland
Security Act, 116 Stat. 2135, Pub. L. 107-296 (2002).  The former INS was divided into three
separate agencies, Citizenship and Immigration Services, Immigration and Customs Enforcement,
and Customs and Border Protection.  This complaint challenges decisions of Citizenship and
Immigration Services, the component responsible for adjudicating naturalization petitions.

PETITION FOR MANDAMUS
By VLADIMIR BREGVADZE

Security, formerly the Immigration and Naturalization Service, and is sued here in his official capacity.  Ms. Howard has been delegated authority, under 8 C.F.R. § 310.2, to control all activities within the Washington District, including the authority to grant or deny adjustment applications.

### IV. STATEMENT OF THE FACTS

15. The Plaintiff, Vladimir Bregvadze, is a native and citizen of Georgia. He was born on February 18, 1975.

16. In accordance with specified procedure the Plaintiff filed a visa petition (Form I-140) with the Vermont Service Center of the USCIS on March 14, 2002. The visa petition (Form I-140) was approved on May 29, 2002 and his application for adjustment of status (Form I-485), was filed also with the Vermont Service Center of the USCIS on June 10, 2002.  The Vermont Service Center is charged with completing data entry and other aspects of the application and if necessary, scheduling the matter for hearing at the appropriate district office of USCIS, in this case the Washington District Office.

17. On April 3, 2004, the Plaintiff's fingerprints were taken by USCIS to allow for necessary criminal and security clearances.

18. On August 24, 2004, the Plaintiff's counsel contacted USCIS regarding the status of Plaintiff's case.  On September 10, 2004, the Plaintiff's counsel received a written response from USCIS that stated "The processing of your case has been delayed. All applications received by this Service are required to have routine fingerprint checks that are resulting in delays of the adjudication of applications…We have no control

over how long these checks will take. We can give no definite indication of when they will be completed."

19.  On September 30, 2004, in response to a status request from the AILA (American Immigration Lawyer's Association) Liaison for the Vermont Service Center, the AILA Liaison received the following response from USCIS that stated ""The processing of your case has been delayed. All applications received by this Service are required to have routine fingerprint checks that are resulting in delays of the adjudication of applications…We have no control over how long these checks will take. We can give no definite indication of when they will be completed."

20. On November 10, 2004, the Plaintiff's counsel sent an e-mail to fbinncp@ic.fbi.gov requesting the status of her name check. There was no response.

21. On November 19, 2004, the Plaintiff's counsel contacted the Vermont Service Center regarding the status of Plaintiff's case. There was no response.

22. On January 26, 2005, the Plaintiff's counsel contacted USCIS regarding the status of Plaintiff's case.  On March 1, 2005, the Plaintiff's counsel received a written response from USCIS that stated "Our records show that this case is currently in the review stage as of 02/16/2005. Please allow a minimum of 45 to 60 days for the review process to be completed."

23. On March 14, 2005, in response to a status request from the AILA (American Immigration Lawyer's Association) Liaison for the Vermont Service Center, the AILA Liaison received the following response from USCIS that stated "This file is being reviewed at the present time, please allow 30-60 days to hear from this office ."

PETITION FOR MANDAMUS
By VLADIMIR BREGVADZE

24. On May 17, 2005, in response to a status request from the AILA (American Immigration Lawyer's Association) Liaison for the Vermont Service Center, the AILA Liaison received the following response from USCIS that stated ""The processing of your case has been delayed. All applications received by this Service are required to have routine fingerprint checks that are resulting in delays of the adjudication of applications…We have no control over how long these checks will take. We can give no definite indication of when they will be completed."

25. On May 18, 2005, as a result of further communication by Plaintiff's counsel with the AILA Liaison as well as the AILA Liaison with the Vermont Service Center based on the fact that the FBI completed the name/DOB check on September 30, 2004   the AILA Liaison received the following response from USCIS that stated "The fingerprints were only part of the security check done in 2004. Just because the FBI sent a response to the Attorney stating the name/DOB check was done does not mean the security checks were complete. One part was completed by FBI, but not the whole security. Another note, just because the FBI's response stated they completed the name\DOB check, does not mean the security cleared. It just meant that they have completed their part of the security, then we get it."

26. On May 18, 2005, the Plaintiff's counsel contacted the Vermont Service Center regarding the status of Plaintiff's case. There was no response.

27. On August 7, 2006, the Plaintiff's counsel contacted USCIS regarding the status of Plaintiff's case.  On September 16, 2006, the Plaintiff's counsel received a written

response from USCIS that stated "Your case is currently under review. You should

receive a decision or notice of other action within 60 days of the date of this letter."

28. On May 10, 2007, in response to a status request from the AILA (American

Immigration Lawyer's Association) Liaison for the Vermont Service Center, the

AILA Liaison received the following response from USCIS that stated ""The

processing of your case has been delayed. A check of your records establishes that

your case is not yet ready for decision, as the required security checks remain

pending. Until the security checks have been completed, we cannot forward on your

case."

29. On May 18, 2007, upon plaintiff's request, Congresswoman Eleanor Holmes

Norton's office contacted the FBI regarding the status of the name check for Plaintiff.

On October 11, 2007, plaintiff received a letter from Congresswoman Norton which

included the response from the FBI, dated September 27, 2007 indicating that "A

review of the Federal Bureau of Investigation's (FBI's) Name Check Program

database concerning this individual revealed that a request was received form the

United States Citizenship & Immigration Services (USCIS) December 19, 2002. This

submission was processed and finalized on September 30, 2004. The results were

forwarded to the USCIS Headquarters Washington, D.C."

30. Over 5 years & 7 months have passed since the initial filing, over 3 years & 9

months have passed since the Plaintiff's fingerprints were taken, over 3 years & 2

months have passed since the FBI processed the Plaintiff's name check status and

PETITION FOR MANDAMUS
By VLADIMIR BREGVADZE

forwarded the results to USCIS however the USCIS has still refused to adjudicate the application.

## IV. REQUEST FOR RELIEF

**COUNT ONE (Unreasonable Delay)**

29. Whereas, The Plaintiff has complied with all of the requirements for his application to register permanent residence or to adjust status.

30. The Defendants have willfully and unreasonably delayed and have refused to adjudicate the application in violation of provisions of the INA and the APA.

31. The delay in adjudicating the application is not attributable to the Plaintiff.

32. The Defendants owe a duty to adjudicate the visa application and adjustment of status application and have unreasonably failed to perform that duty. This duty is owed under the INA, APA and regulations as well as by charging a filing fee. Payment of this fee created an obligation for USCIS to process and adjudicate the application.

33. The delay is unreasonable per se.

34. The delay is unreasonable in light of USCIS estimated processing times and press releases which claim improved processing times and increased efficiency and indicate applications like the Plaintiff's are currently being processed faster now than in prior years.

35. The delay is unreasonable in light of the fact that USCIS has failed to adequately respond to any of the Plaintiff's repeated inquiries into the status of his application.

36. By making numerous inquiries into the status of the application, the Plaintiff has exhausted any and all administrative remedies that may exist. No other remedy exists to resolve Defendants' delay and lack of ability or willingness to adjudicate the Plaintiff's application for adjustment of status.

**COUNT TWO (Equal Access to Justice Act)**

37. The Plaintiff seeks reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), as amended, 5 U.S.C. § 504  28 U.S.C. § 2412.

### PRAYER FOR RELIEF

Wherefore, the Plaintiff respectfully requests the honorable Court to:

38. Assume jurisdiction over this matter;

39. Compel the Defendants and those acting under them to perform their duty and complete processing of and render a final decision on the application for adjustment of status for the Plaintiff immediately;

40. Award the Plaintiff's counsel reasonable attorney's fees and costs; and

41. Grant any and all further relief this Court deems just and proper.

Dated this 14th Day of January, 2008.

MORRIS H. DEUTSCH

RAJAN P. EAPEN
Attorneys for Plaintiff

M. Deutsch Immigration Law Firm

PETITION FOR MANDAMUS
By VLADIMIR BREGVADZE

M. Deutsch Immigration Law Firm
#325, 1666 Connecticut Ave., NW, Washington, DC 20009
202-728-0820

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Suite 325, 1666 Connecticut Ave., NW

Washington, DC 20009

(202) 728-0820

PETITION FOR MANDAMUS
By VLADIMIR BREGVADZE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## BREGVADZE v. MUKASEY, ET AL.

## EXHIBIT LIST

A. Form I-140, Approval Notice (LIN-02-133-54777: By CS Solutions Inc. on behalf of Vladimir BREGVADZE)

B. Form I-485 Receipt Notice (EAC-02-215-51375 by Vladimir BREGVADZE)

C. Applicant Information Worksheet (AIW) by Applicant Support Center indicating Biometric appointment on April 3, 2004

D. Status Inquiries

**A.**

**Form I-140, Approval Notice (LIN-02-133-54777: By CS Solutions Inc. on behalf of Vladimir BREGVADZE)**

# THE UNITED STATES OF AMERICA

| | | IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| LIN-02-133-54777 | | |
| RECEIPT DATE March 14, 2002 | PRIORITY DATE July 25, 2001 | PETITIONER CS SOLUTIONS INC |
| NOTICE DATE May 29, 2002 | PAGE 1 of 1 | BENEFICIARY BREGVADZE, VLADIMIR |

LESLIE A. KARAM
KARAM & ASSOCIATES PA
2950 METRO DRIVE SUITE 304
BLOOMINGTON MN 55425

Notice Type:  Approval Notice
Section: Skilled Worker or
         Professional,
         Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center.  Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



Form I-797 (Rev. 09/07/93)N

**B.**

**Form I-485 Receipt Notice (EAC-02-215-51375 by Vladimir BREGVADZE)**

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| EAC-02-215-51375 | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT  A95 472 717 |
| June 10, 2002 | | BREGVADZE, VLADIMIR |
| NOTICE DATE | PAGE | |
| June 12, 2002 | 1 of 1 | |

| | |
|---|---|
| LESLIE A. KARAM | Notice Type:  Receipt Notice |
| KARAM & ASSOCIATES PA | |
| 2950 METRO DRIVE SUITE 104 | Amount received: $  305.00 |
| BLOOMINGTON MN 55425 | Section: Adjustment as direct beneficiary of immigrant petition |

The above application or petition has been received. It usually takes 165 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (802) 527-4913 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797C (Rev. 09/07/93) N

**C.**

**Applicant Information Worksheet (AIW) by Applicant Support Center indicating Biometric appointment on April 3, 2004**

# ASC/COLO Standard Operating Procedures

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: __BREGVADZE__    __VLADIMIR__
  Last         First         Middle      Suffix

DATE OF BIRTH: _1975_ _02_ _18_   PHONE #: _202-281-4777_
       Year    Month  Day

PLACE OF BIRTH: _GEORGIA_   SEX: (Male or Female) _Male_

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native   ____ Black   _✓_ White (Hispanic also check)

____ Asian or Pacific Island   ____ Unknown

HEIGHT: _6_ Feet ____ Inches       WEIGHT: _190_ Pounds

EYE COLOR: Check the most appropriate code below:

___ Black  _✓_ Brown  ___ Green  ___ Gray  ___ Pink  ___ Hazel  ___ Blue  ___ Maroon

HAIR COLOR: Check the most appropriate code below:

___ Black  ___ Bald  ___ White  ___ Sandy  ___ Red  ___ Gray  ___ Blonde  _✓_ Brown

COUNTRY OF CITIZENSHIP: _GEORGIA_

SOCIAL SECURITY NUMBER: _511_ - _17_ - _1779_

ALIEN REGISTRATION NUMBER: A _095-472-717_

LIST ANY OTHER NAMES YOU HAVE USED:

  Last         First         Middle      Suffix

RESIDENCE ADDRESS (List mailing address if different from residence):

_2221 Lovedale Lane_  ____  _Reston_  _VA_  _20191_
Street number and name  Apartment #  City  State  Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _I-485_

| LOCAL AIW STAMP | |
|---|---|
| FD-258 Completed at ASC | |
| On: 4/3/04 By: 158068 | |
| QC Check Completed By: | |

Attachment 3-B
Change 6
9/18/03

3-27

**D.**

**Status Inquiries**

TO: DIANA Bespochueva

FAP: 952-854-2033



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**U.S. Citizenship and Immigration Services**

September 10, 2004

VLADIMIR BREGVADZE
2221 LOVEDALE LN APT L
RESTON VA 20191

Dear Vladimir Bregvadze:

On 08/24/2004 you, or the designated representative shown below, contacted USCIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| Person who contacted us: | LESLIE KARAM |
| Case type: | I-485 EMPLOYMENT BASED |
| Filing date: | 06/10/2002 |
| Type of Service Requested: | CASE STATUS |
| Receipt number: | EAC0221551375 |
| Beneficiary: | |

The status of this service request is:

The processing of your application has been delayed. All applications received by this Service are required to have routine fingerprint checks that are resulting in delays of the adjudication of applications. As a result of the lack of manpower to complete the checks in a timely manner, we have no control over how long these checks will take. We can give no definite indication of when they will be completed. We apologize for the delay. Fingerprints have an expiration time frame; they are only valid for 15 months. If they are acceptable prints, then the Service can send the file for a final determination.

For future status inquiries of a petition or application filed at this Center, or for live assistance from an Information Officer, you may want to utilize our automated phone system by calling (800) 375-5283. If you would like to obtain forms or filing instructions please visit our web site at www.u...gov (forms can be downloaded from this site).

Please remember that every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in form AR-11. An AR-11 form has been provided with this letter for your convenience. Where possible, please provide an A-number or other identifying numbers. You must complete the Form AR-11 and mail to the London, KY address. Failure to complete all applicable sections may delay processing of the form. Please disregard this notice if you have submitted an AR-11 form to DHS/USCIS within the last two weeks to the London, KY address.

Sincerely,

Sandra T. Bushey
Acting Center Director

www.uscis.gov

# Diana Bospachieva

**From:** Leslie Karam
**Sent:** Wednesday, November 10, 2004 11:17 AM
**To:** Diana Bospachieva
**Subject:** FW: VSC response, I-485 matter, applicant Bregvadze

**From:** Noemi E. Masliah [mailto:nem@masliah-soloway.com]
**Sent:** Wed 11/10/2004 11:00 AM
**To:** Leslie Karam
**Cc:** Coty Mattulat
**Subject:** FW: VSC response, I-485 matter, applicant Bregvadze

Dear Leslie:

On September 30, 2004, I sent you the message below. It appears that you did not receive it.

Noemi

Noemi E. Masliah, Esq.



-----Original Message-----
**From:** Noemi E. Masliah [mailto:nem@masliah-soloway.com]
**Sent:** Thursday, September 30, 2004 12:15 PM
**To:** 'Leslie@karamlaw.com'
**Cc:** Coty Mattulat
**Subject:** VSC response, I-485 matter, applicant Bregvadze

Dear Leslie:

**I just received the following response from the VSC:** " The processing of the petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications. We have no control over how long these checks will take. We can give not definite indication of when they will be completed. "

**Sorry that the information was not more substantive.**

11/10/2004

## Diana Bospachieva

**From:** Diana Bospachieva
**Sent:** Wednesday, November 10, 2004 12:27 PM
**To:** 'Vlad Bregvadze'

I just received the following response from the VSC: " The processing of the petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications.  We have no control over how long these checks will take.  We can give not definite indication of when they will be completed. "Sorry that the information was not more substantive.

Vlad, the above is response from the AILA liaison. We have request FBI to provide status of the name check.

Diana Bospachieva
Legal Assistant
Main: 952-854-3313
Fax: 952-854-2033
Direct: 952-851-3531

11/10/2004

## Diana Bospachieva

**From:** Diana Bospachieva
**Sent:** Wednesday, November 10, 2004 12:29 PM
**To:** 'fbinncp@ic.fbi.gov'
**Cc:** 'Vlad Bregvadze'

Dear Sir or Madam,
The permanent residence application is being delayed due to name check according to the service center. Please follow up on this name check:
**Vladimir BREGVADZE**
**DOB: 02/18/1975**
**A95 472 717**
vbregvadze@yahoo.com

Thank you,

Diana Bospachieva
Legal Assistant
Main: 952-854-3313
Fax: 952-854-2033
Direct: 952-851-3531

11/10/2004

U.S. Department of Justice
Immigration and Naturalization Service

Vermont Service Center
75 Lower Weldon St.
St. Albans, VT 05479

**USE EITHER PAGE 1 (General Inquiry) OR PAGE 2 (Permanent Resident Card Inquiry) OF THIS FORM**

Please use this letter to make a written INQUIRY with the Vermont Service Center (VSC)
Include no fees/money when using this form.

Please print your name and mailing address in this box:

Date: 11/9/04
Your Phone: 952-854-3313
Your Fax: 952-854-2033
Your E-mail: Leslie@karamlaw.com

Leslie A. Karam
Karam & Associates, P.A.
2950 Metro Dr., Suite 201
Bloomington        MN
                   55425

Please Provide as much of the following information as possible (App/Pet = Applicant or Petitioner):

Form Type I-485                                     App/Pet Name  Vladimir              BREGVADZE
Receipt Number EAC02-215-51375                      App/Pet Alien Number A   A95 472 717
Date Filed 06/10/02                                 App/Pet Date of Birth  02/18/1975
Where filed if other than VSC _____        Beneficiary Name _____
                                                    Beneficiary Alien Number A _____
                                                    Beneficiary Date of Birth _____

Type of Inquiry: (Please check one and describe on separate sheet if needed)

☐ Change of Address (Is new address listed above?)        Yes _____ No _____ )

☐ Notice Correction - Attach copy of the notice with the requested corrections noted

☐ Expedite Request - Please explain why expedited processing is needed

☐ Status of I-551 Alien Registration Card (see other side)

☒ Other

Service Response: *The applicant had fingerprints collected in April of 2004, however the automated system doesn't show if results were received. Please check if the case is ready for adjudication. The I-140 petition was already approved. Thank you!*

Date of Response: _____

Form G-731V (Rev. 09/22/99)

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001



**U.S. Citizenship
and Immigration
Services**

March 1, 2005

LESLIE KARAM
KARAM & ASSOCIATES PA
2950 METRO DRIVE SUITE 304
BLOOMINGTON MN 55425

Dear Leslie Karam:

On 01/26/2005 you, or the designated representative shown below, contacted USCIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| Person who contacted us: | LESLIE KARAM |
| Case type: | I-485 EMPLOYMENT BASED |
| Filing date: | 06/10/2002 |
| Type of Service Requested: | CASE STATUS |
| Receipt number: | EAC0221551375 |
| Beneficiary: | Vlad Bregvandze |

The status of this service request is:

Our records show that this case is currently in the review stage as of 02/16/2005. Please allow a minimum of 45 to 60 days for the review process to be completed.

For future status inquiries of a petition or application filed at this Center, or for live assistance from an Information Officer, you may want to utilize our automated phone system by calling (800) 375-5283. If you would like to obtain forms or filing instructions please visit our web site at www.uscis.gov (forms can be downloaded from this site).

Please remember that every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in form AR-11. Where possible, please provide an A-number or other identifying numbers. You must complete the Form AR-11 and mail to the London, KY address. Failure to complete all applicable sections may delay processing of the form. Please disregard this notice if you have submitted an AR-11 form to DHS/USCIS within the last two weeks to the London, KY address.

Sincerely,

Paul E. Novak, Jr.

Paul E. Novak, Jr.
Center Director

www.uscis.gov

## Diana Bospachieva

**From:** Leslie Karam
**Sent:** Wednesday, May 18, 2005 2:11 PM
**To:** nem@masliah-soloway.com
**Cc:** Diana Bospachieva
**Subject:** RE: VSC response, I-485 matter, applicant Bregvadze

Thank you for the clarification. I assume there is nothing further that can be done at this point. I appreciate your efforts.

Leslie Karam

**From:** Noemi E. Masliah [mailto:nem@masliah-soloway.com]
**Sent:** Wednesday, May 18, 2005 1:46 PM
**To:** Leslie Karam
**Cc:** Coty Mattulat
**Subject:** RE: VSC response, I-485 matter, applicant Bregvadze

In connection with my following-up with the information you provided me, I received the following explanation from the VSC : "The fingerprints were the only part of the security done in 2004. Just because the FBI sent a response to the Attorney stating the name/DOB check was done, does not mean the security checks were complete. One part was completed by the FBI, but not the whole security. Another note, just because the FBI's response stated they completed the name\DOB check, does not mean the security cleared. It just meant that they have completed their part of the security, then we get it."

I wanted you to hear it from the Service Center. The FBI provides only one of the checks and the completion of its check does not mean clearance.

Noemi E. Masliah, Esq.

☒

-----Original Message-----
**From:** Leslie Karam [mailto:leslie@karamlaw.com]
**Sent:** Tuesday, May 17, 2005 4:22 PM
**To:** nem@masliah-soloway.com
**Cc:** Diana Bospachieva
**Subject:** RE: VSC response, I-485 matter, applicant Bregvadze

Thank you for your efforts, however the information provided to you is not correct. The security check was completed and forwarded to the US CIS on 09/30/04. Please request further Liaison resolution of this case.

Leslie Karam

6/8/2005

Karam & Associates
952-854-3313

**From:** Noemi E. Masliah [mailto:nem@masliah-soloway.com]
**Sent:** Tuesday, May 17, 2005 2:32 PM
**To:** Leslie Karam
**Cc:** Coty Mattulat
**Subject:** VSC response, I-485 matter, applicant Bregvadze

Dear Leslie:

I just received the following message from the VSC: "The processing of your petition/application has been delayed.  All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications. We can give no definite indication of when they will be completed.  We apologize for the delay.

You may also let the Attorney of Record know that the referral to the NCSC updating the petitioners address has also been taken care of."

As you know, there is nothing anyone can do when the delay is caused by the security checks.

Regards,
Noemi
**Noemi E. Masliah, Esq.**

☒

6/8/2005

## Diana Bospachieva

**From:** Diana Bospachieva
**Sent:** Monday, May 16, 2005 11:07 AM
**To:** 'nem@masliah-soloway.com'
**Subject:** FW: VSC interim response, I-485 matter, applicant Bregvadze

Dear Noemi,
It has been 60 days since your last communication. The Fingerprints were taken in April of 2004 and may expire soon. The FBI name check already received by the service center, the results were forwarded on 09/30/04. The case should be ready for adjudication. Can we find out why it's still pending. If there any questions or file is not complete as per office, can they tell us? It will be 3 years since this I-485 was filed. We appreciate your assistance.
Thank you very much. Regards, Diana Bospachieva
Legal Assistant

---

**From:** Leslie Karam
**Sent:** Monday, March 14, 2005 10:18 AM
**To:** Diana Bospachieva
**Subject:** FW: VSC interim response, I-485 matter, applicant Bregvadze

---

**From:** Noemi E. Masliah [mailto:nem@masliah-soloway.com]
**Sent:** Monday, March 14, 2005 10:16 AM
**To:** Leslie Karam
**Cc:** Coty Mattulat
**Subject:** VSC interim response, I-485 matter, applicant Bregvadze

Leslie –

I just received the following message from the VSC: "This file is being reviewed at the present time, please allow 30-60 days to hear from this office."

I'll let you know as soon as I receive anymore information.

Noemi

Noemi E. Masliah, Esq.



5/16/2005

U.S. Department of Justice
Immigration and Naturalization Service

Vermont Service Center
Lower Welden St.
St. Albans, VT 05479

USE EITHER PAGE 1 (General Inquiry) OR PAGE 2 (Permanent Resident Card Inquiry) OF THIS FORM

Please use this letter to make a written INQUIRY with the Vermont Service Center (VSC).
Include notice (money) when using this form.

Date: 5/31/2005

Please print your name and mailing address in this box:

Leslie A. Karam, Esq.
Karam & Associates, P.A.
2950 Metro Drive, Ste. 201
Bloomington          MN
55425

Your Phone: 952-854-3313
Your Fax: 952-854-2033
Your E-mail: Leslie@karamlaw.com

Please Provide as much of the following information as possible (App/Pet, Applicant or Petitioner)

Form Type: I-485
Receipt Number: EAC02-215-51375
Date Filed: 06/10/02
Where filed (other than VSC):

App/Pet Name: Vladimir
App/Pet Alien Number: A95-472-717
App/Pet Date of Birth: 02/18/1975
Beneficiary Name:
Beneficiary Alien Number:
Beneficiary Date of Birth:

App/Pet Name: BREGVADZE

Type of Inquiry: Please check one and describe on separate sheet if needed

☒ Change of Address (Is new address listed above?)    Yes    No
☐ Notice Correction    Attach copy of the notice with the requested corrections noted
☐ Expedite Request - Please explain why expedited processing is needed
☐ Status of I-551 Alien Registration Card (see other side)
☒ Other    In your letter dated March 1, 2005 you stated that the case is in review stage. Does it mean its ready for adjudication and security clearance was completed? Fingerprint results may soon expire. Please see why this case is being delayed. We appreciate your assistance. Thank you.

Service Response:

Date of Response:                                    Form G-731V (Rev. 06/22/99)



U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship and Immigration Services**

Saturday, September 16, 2006

LESLIE KARAM
KARAK AND ASSOCIATES
2950 METRO DR SUITE 201
BLOOMINGTON MN 55425

**ATTORNEY/PARALEGAL COPY**

VLADIMIR BREGVADZE
2301 CHAMPLAIN ST NW APT 302
WASHINGTON DC 20009

Dear VLADIMIR BREGVADZE:

On 08/07/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | BOSPACHIEVA, DIANA |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | LESLIE KARAM |
| **Case type:** | I485 |
| **Filing date:** | 06/10/2002 |
| **Receipt #:** | EAC-02-215-51375 |
| **Beneficiary (if you filed for someone else):** | BREGVADZE, VLADIMIR |
| **Your USCIS Account Number (A-number):** | A95472717 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Your case is currently under review. You should receive a decision or notice of other action within 60 days of the date of this letter.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. CIS - 09-16-2006 12:15 PM EDT - EAC-02-215-51375

## Diana Bospachieva

**From:** Leslie Karam
**Sent:** Thursday, May 10, 2007 11:18 AM
**To:** Diana Bospachieva
**Subject:** FW: VSC response, I-485 BREGVADZE

---

**From:** Noemi E. Masliah, Esq. [mailto:noemi.masliah@masliah-soloway.com]
**Sent:** Thursday, May 10, 2007 11:15 AM
**To:** Leslie Karam
**Cc:** 'Coty Mattulat'
**Subject:** VSC response, I-485 BREGVADZE

Dear Ms. Karam:

The VSC finally got back to me today on your above-referenced inquiry. Its response is :
"The processing of your case has been delayed. A check of our records establishes that your
case is not yet ready for decision, as the required security checks remain pending. Until the
security checks have been completed, we cannot move forward on your case. These security
checks are required to be completed on all applicants who apply for the immigration benefit
you are seeking. We will make every effort to make a decision on this case as soon as the
security checks are complete."

Noemi E. Masliah, Esq.
Masliah & Soloway, PC
225 Broadway, Suite 1610
New York, NY 10007
Tel 212-227-9390
Fax 212-227-9564
✉ noemi.masliah@masliah-soloway.com

This e-mail message is sent by a law firm and may contain
information that is privileged or confidential. If you are not
the intended recipient, please delete this e-mail and any
attachment and notify us immediately.

5/10/2007

ELEANOR HOLMES NORTON
DISTRICT OF COLUMBIA

COMMITTEE ON
TRANSPORTATION AND
INFRASTRUCTURE
SUBCOMMITTEES:
CHAIRWOMAN
ECONOMIC DEVELOPMENT,
PUBLIC BUILDINGS, AND EMERGENCY
MANAGEMENT
AVIATION
WATER RESOURCES AND ENVIRONMENT



COMMITTEE ON
OVERSIGHT AND
GOVERNMENT REFORM
SUBCOMMITTEES:
FEDERAL WORKFORCE, POSTAL
SERVICE, AND DISTRICT OF COLUMBIA
* COVERS DISTRICT OF COLUMBIA ISSUES

COMMITTEE ON
HOMELAND SECURITY
SUBCOMMITTEES:
TRANSPORTATION SECURITY, AND
INVESTMENT PROTECTION
EMERGENCY COMMUNICATION,
PREPAREDNESS, AND RESPONSE

# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

October 11, 2007

Mr. Vladimir Bregvadze
2301 CHAMPLIAN STREET NW APT 302
WASHINGTON, DC 20009

Dear Mr. Bregvadze:

The attached email was received in response to my inquiry on your behalf. I trust this explains the Federal Bureau of Investigation's position with regard to your background check.

If I may be of further help on any matter that falls within my federal legislative and administrative jurisdiction, please feel free to get in touch with me.

Sincerely,

Eleanor H. Norton

Eleanor Holmes Norton
Member of Congress

ehn:dm

—— Enclosure

NATIONAL PRESS BUILDING
529 14TH STREET, N.W., SUITE 900
WASHINGTON, D.C. 20045
(202) 783-5065
(202) 783-5211 (FAX)

2136 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-8050
(202) 225-3002 (FAX)
(202) 225-1904 (TDD)
www.house.gov/norton

PRINTED ON RECYCLED PAPER

2041 MARTIN L. KING AVENUE, S.E.
SUITE 300
WASHINGTON, D.C. 20020-6734
(202) 678-8900
(202) 678-8844 (FAX)

From:   Federal Bureau of Investigation
Sent:   Thursday, September 27, 2007 12:15 PM
To:     McDuffie, Damion
Subject: Bregvadze, Vladimir

Congresswoman Norton:

Dear Mr. McDuffie:

I am responding to your facsimile inquiry dated May 18, 2007, concerning the name check status of Mr. Vladimir Bregvadze for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning this individual revealed that a request was received from the United States Citizenship and Immigration Services (USCIS) December 19, 2002. This submission was processed and finalized on September 30, 2004. The results were forwarded to the USCIS Headquarters, Washington, D.C.

I trust this information will assist you in responding to your constituent.

Sincerely,

Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation

08-75
PLF

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| **I (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Vladimir BREGVADZE    11001 | Michael Mukasey, Attorney General, et al |

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  11001
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

M. Deutsch Immigration Law Firm
Suite 325, 1666 Connecticut Ave., NW
Washington, DC  20009
(202) 728-0820

A

Case: 1:08-cv-00075
Assigned To : Friedman, Paul L.
Assign. Date : 1/15/2008
Description: Admn. Agency Review

---

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

O  1 U.S. Government Plaintiff

O  3 Federal Question
(U.S. Government Not a Party)

◉  2 U.S. Government Defendant

O  4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | O 1 | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

O  **A. Antitrust**

☐ 410 Antitrust

O  **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☑  **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

O  **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

O  **E. General Civil (Other)**          OR          O  **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

5

| ○ G. *Habeas Corpus/* 2255 | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. § 1361 (mandamus)

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE January 14, 2008   SIGNATURE OF ATTORNEY OF RECORD _____

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.