UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR BREGVADZE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL MUKASEY, Attorney General, )<br>et al., )<br>)<br>Defendants. )<br>) | Case Number: 1:08CV0075(PLF) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: April 7, 2008            Respectfully submitted,

                                          /s/ Robin M. Meriweather
                                   ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                   Assistant United States Attorney
                                   555 Fourth St., N.W.
                                   Washington, D.C. 20530
                                   Phone: (202) 514-7198   Fax: (202) 514-8780
                                   Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April 2008 I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system.

                                                /s/
                                  ROBIN M. MERIWEATHER, D.C. Bar # 490114