UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR BREGVADZE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:08CV0075(PLF) |
| ) | |
| MICHAEL MUKASEY, Attorney General, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael B. Mukasey et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due February 4, 2008. Defendants' answer currently is due April 7, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff this evening in an effort to obtain Plaintiff's position on this motion. However, counsel for Plaintiff had not responded as of the time this motion was filed.

This is an immigration case, arising out of an application for adjustment of status filed by Plaintiff. Plaintiff's mandamus complaint asks the Court to order Defendants to make a final ruling on the application.

Defendants wish to answer the complaint expeditiously. However, to prepare an answer, or otherwise respond to the complaint, the undersigned must consult with the Department of Homeland Security, the FBI, and other agency defendants concerning Plaintiff's factual allegations, the status of the adjustment application, any other relevant information concerning

Plaintiff that may be in Defendants' files, and the facts that support any defense Defendants may raise. Counsel has made a good faith effort to complete those tasks in advance of the April 7, 2008 deadline, and has made inquiries to the Defendant agencies. However, counsel for Defendants has not yet received the information necessary to respond to the Complaint, and therefore needs additional time to complete that factual investigation and review of the record, and then prepare Defendants' responsive pleading.

Defendants regret filing this motion on the date the answer is due, rather than in advance of the deadline. However, due to an administrative error, the undersigned believed that the answer was due later this week. Upon discovering that error, counsel for Defendants promptly contacted opposing counsel to seek Rule 7(m) consent, and filed this motion.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiffs' Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: April 7, 2008                Respectfully submitted,

   /s/   by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April 2008 I caused the foregoing Motion to be filed and served via the Court's Electronic Case Filing system.

/s/
ROBIN M. MERIWEATHER, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VLADIMIR BREGVADZE, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:08CV0075(PLF) |
| MICHAEL MUKASEY, Attorney General, et al., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants shall must submit an Answer or otherwise respond to Plaintiff's Complaint by May 5, 2008.

SO ORDERED.