UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VLADIMIR BREGVADZE,
2301 Champlain Street, NW
Washington, DC 20009
    Plaintiff,

v.

MICHAEL MUKASEY
Attorney General, US Department of Justice
<u>et al.</u>,

    Defendants.

Case No.    1:08-CV0075(PLF)

## **CONSENT TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER**

Plaintiff consents to Defendants' motion for a thirty (30) day extension of time to file an answer to the Complaint.

/s/ Morris H. Deutsch
MORRIS H. DEUTSCH, D.C. Bar #405483

/s/ Rajan P. Eapen
RAJAN P. EAPEN, D.C. Bar #441492

Attorneys for Plaintiff

PETITION FOR MANDAMUS
By VLADIMIR BREGVADZE

M. Deutsch Immigration Law Firm
#325, 1666 Connecticut Ave., NW, Washington, DC 20009
202-728-0820

M. Deutsch Immigration Law Firm

Suite 325, 1666 Connecticut Ave., NW

Washington, DC 20009

(202) 728-0820

PETITION FOR MANDAMUS
By VLADIMIR BREGVADZE

M. Deutsch Immigration Law Firm
#325, 1666 Connecticut Ave., NW, Washington, DC 20009
202-728-0820