# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

VLADIMIR BREGVADZE,                    )
                                       )
                Plaintiff,    )
                                       )
         v.                 )    Case Number:  1:08CV0075(PLF)
                                       )
MICHAEL MUKASEY, Attorney General,     )
<u>et al.,</u>                         )
                                       )
              Defendants.    )
_____ )

## <u>MOTION TO HOLD CASE IN ABEYANCE OR IN THE ALTERNATIVE FOR EXTENSION OF TIME TO FILE ANSWER</u>

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7, Defendants Michael B. Mukasey <u>et al.</u>, through undersigned counsel, hereby request that the Court stay the proceedings for 30 days, up to and including June 4, 2008.  In the alternative, pursuant to Federal Rule of Civil Procedure 6(b), Defendants request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due June 4, 2008.  Defendants' answer currently is due May 5, 2008.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's position on this motion.  However, counsel for Plaintiff had not yet responded as of the time this motion was filed.  During the parties' recent discussions of this case, Plaintiff's counsel proposed a continuance; therefore, Defendants believe that this motion will be unopposed.

This is an immigration case, arising out of an application for adjustment of status filed by Plaintiff.  Plaintiff's mandamus complaint asks the Court to order Defendants to make a final ruling on the application.  The United States Citizenship and Immigration Service ("USCIS")

granted that application April 30, 2008, and Plaintiff is now a lawful permanent resident of the United States.

There is good cause to hold the proceedings in abeyance for 30 days. Defendants respectfully submit that this case has become moot in light of USCIS's recent approval of the I-485 application at issue in the litigation. Accordingly, counsel for Defendants contacted Plaintiff's attorney to discuss potentially stipulating to dismiss this action pursuant to Federal Rule of Civil Procedure 41. Plaintiff's counsel expressed a willingness to dismiss the case once he has received the formal notice of approval that USCIS issued in connection with the I-485 application. However, given that Plaintiff has not yet received that document, it appears unlikely that the parties will be able to finalize and file a stipulated dismissal in advance of the current deadline for Defendants' answer. Holding the proceedings in abeyance for 30 days would allow the parties to continue to pursue a stipulated dismissal, thereby avoiding unnecessary litigation of a matter that can be resolved amicably.

In the alternative, Defendants seek a 30-day enlargement of time in which to answer the complaint. If the parties do not stipulate to dismiss the complaint in advance of the deadline for Defendants' answer, Defendants will file a 12(b)(1) motion to dismiss the case on mootness grounds. If Plaintiff agrees to a Rule 41 stipulated dismissal, that 12(b)(1) motion will be unnecessary. Accordingly, Defendants request that the deadline for their answer be deferred so that they can continue to discuss the stipulated dismissal with Plaintiff.

Defendants have requested one prior enlargement of the deadline for their answer, which this Court granted. There are no pending deadlines or court dates that this request for enlargement would affect. Holding the case in abeyance for 30 days, or granting Defendants an additional 30 days to answer Plaintiff's Complaint, should cause no prejudice.

Dated: May 2, 2008                    Respectfully submitted,


                                      _____/s/_____
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney


                                      _____/s/_____
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney


                                      _____/s/ Robin M. Meriweather_____
                                      ROBIN M. MERIWEATHER, D.C. BAR # 490114
                                      Assistant United States Attorney
                                      555 Fourth St., N.W.
                                      Washington, D.C.  20530
                                      Phone: (202) 514-7198   Fax: (202) 514-8780
                                      Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May 2008 I caused the foregoing Motion to be filed and served via the Court's Electronic Case Filing system.

_____/s/_____<br>
ROBIN M. MERIWEATHER, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

VLADIMIR BREGVADZE,                      )
                                         )
                                         )
                    Plaintiff,           )
                                         )
         v.                              )    Case Number:  1:08CV0075(PLF)
                                         )
MICHAEL MUKASEY, Attorney General,       )
<u>et al.,</u>                           )
                                         )
                    Defendants.          )
_____)


## ORDER

Upon consideration of Defendants' Motion to Hold Case in Abeyance or in the Alternative

for Extension of Time to File Answer,  it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion be and is hereby GRANTED.

It is further ORDERED that

_____        This case shall be held in abeyance for 30 days.

_____        Defendants' answer will be due on or before June 4, 2008.

SO ORDERED.