UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR BREGVADZE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number:  1:08CV0075(PLF) |
| ) | |
| MICHAEL MUKASEY, Attorney General, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice.  Each side shall bear its own costs and fees.

Respectfully submitted,

  /s/ Rajan P. Eapen by RMM
MORRIS HUGH DEUTSCH
RAJAN P. EAPEN
M. DEUTSCH IMMIGRATION LAW
 FIRM
1666 Connecticut Avenue NW
Suite 325
Washington, DC 20009
(202) 232-3888

*Counsel for Plaintiff*

         /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

         /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

         /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*